IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy P. Gallant,

      Plaintiff(s),

vs.

Dr. Faisal Ahmed, et al.,

      Defendant(s).

Case Number: 1:14cv199

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 26, 2014 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against the ODRC Director Gary Mohr, Deputy Warden Mr. Cadogan and Institutional Inspector Mrs. Mahlman are DISMISSED.

IT IS SO ORDERED.

                                                                          s/Susan J. Dlott
                                                                   Chief Judge Susan J. Dlott
                                                                   United States District Court