IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy P. Gallant, :
:
    Plaintiff(s), :
: Case Number: 1:14cv199
    vs. :
: Judge Susan J. Dlott
Dr. Faisal Ahmed, et al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 18, 2015 a Report and Recommendation (Doc. 105). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 109)

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's motions for leave to amend the complaint are DENIED (Docs. 48, 96 and 102).

IT IS SO ORDERED.

                                                                                                           s/Susan J. Dlott
                                                                                                           Judge Susan J. Dlott
                                                                                                           United States District Court