IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeremy P. Gallant, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv199 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Dr. Fasial Ahmed, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 30, 2016 a Report and Recommendation (Doc. 210).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 210) and defendants filed a response to the objections (Doc. 217).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 165) is GRANTED. Plaintiff's motions for summary judgment (Docs 149, 171) are DENIED.  All remaining pending motions (Docs. 174, 178, 180, 181, 191, 192, 193, 194, 195, 196, 198, 200, 202, 204, and 209) are DENIED as MOOT.

Plaintiff also filed a motion for reconsideration (Doc. 215) and a motion to alter the

recommendation (Doc. 216).  Upon review by the Court these two motions are DENIED as MOOT.

This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

        s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court